# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Via ECF**                                                                 January 5, 2026

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:  *United States* v. *Robert Sensi*, 25 Cr. 663 (PGG)

Dear Judge Gardephe:

Robert Sensi, through Counsel, respectfully submits this letter and the attached medical records pursuant to Your Honor's Order dated December 29, 2025.  A chart listing Mr. Sensi's diagnoses and medications from his most recent medical visit prior to his December 4, 2025 arrest is attached as **Exhibit A** to this letter.  Mr. Sensi's medical records from NYU Langone Health, dating from November 2020 to December 3, 2025, the date of his most recent visit, are attached as **Exhibit B** to this letter.  Exhibits A and B contain sensitive medical information and are being provided in full directly to the Court and the Government.

Counsel understands that the Government is obtaining from the Bureau of Prisons medical records generated since Mr. Sensi's December 4, 2025 arrest, and will submit those records along with its substantive response to Mr. Sensi's motion for pretrial release. Undersigned counsel have not yet received or reviewed these medical records.  To the extent that the Government's submission necessitates a reply, Counsel will file such reply on or before January 7, 2026 at 4:00 p.m., or at such time as the Court requires.

Respectfully submitted,

 */s/ Amanda Kramer*
Amanda Kramer
Nicholas Mendez
Megan Mers
Adira Levine
Eitan Ezra (*Law Clerk, Admission Pending*)

*Counsel for Defendant Robert Sensi*

CC:  AUSA Varun Gumaste (via ECF and email)

# EXHIBIT A

## I.    Robert Sensi Medical Diagnoses of December 3, 2025

[*Chart will be provided directly to Chambers and the Government*]

## II.    Robert Sensi Medications as of December 3, 2025

[*Chart will be provided directly to Chambers and the Government*]

# EXHIBIT B

[*Records will be provided directly to Chambers and the Government*]