UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROBERT SENSI,

                    Defendant.

**ORDER**

25 Cr. 663 (PGG-2)

PAUL G. GARDEPHE, U.S.D.J.:

A conference will take place in this matter on **Friday, January 16, 2026, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
            January 13, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge