**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Amanda Kramer

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1223
akramer@cov.com

<u>Via ECF</u>                                                                                     January 15, 2026

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:  <u>*United States* v. *Robert Sensi*, 25 Cr. 663 (PGG)</u>

Dear Judge Gardephe:

       Robert Sensi, through Counsel, respectfully submits this letter and the attached medical records.  These records, attached as **Exhibit A**, were received by Counsel yesterday from the Cleveland Clinic.  Exhibit A contains sensitive medical information and is being provided in full directly to the Court and the Government.

       Respectfully submitted,

       <u>*/s/ Amanda Kramer*</u>
       Amanda Kramer
       Nicholas Mendez
       Megan Mers
       Adira Levine
       Eitan Ezra (*Law Clerk, Bar Admission Pending*)

       CC:  All counsel of record via ECF

# EXHIBIT A

[*Records will be provided directly to Chambers and the Government*]