# COVINGTON

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Amanda Kramer**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1223
akramer@cov.com

**Via ECF**                                                       January 22, 2026

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re:  *United States* v. *Robert Sensi*, 25 Cr. 663 (PGG)

Dear Judge Gardephe:

  Robert Sensi, through Counsel, submits this letter to respectfully request an adjournment of the deadline for Mr. Sensi's reply to the Government's supplemental submission in opposition to Mr. Sensi's pending motion for pretrial release.  (*See* Dkt. No. 33).  On January 20, 2026, the Court granted the Government's motion for an adjournment to file its supplemental letter by January 21, 2026, with a corresponding adjournment for Mr. Sensi's submission to be filed by January 23, 2026.  (*See* Dkt. No. 32).

  Counsel respectfully requests that the Court grant an adjournment of Mr. Sensi's deadline to file his letter until Monday, January 26, 2026.  This adjournment is necessary for Counsel to fully respond to the new information set forth in the Government's supplemental letter, and to allow Counsel time to visit Mr. Sensi in connection with his response.

  Counsel has conferred with the Government, which has no objection to this request.

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

_____
**Paul G. Gardephe, U.S.D.J.**

**Dated:  January 23, 2026**

Respectfully submitted,

 */s/ Amanda Kramer*
Amanda Kramer
Nicholas M. Mendez
Megan Mers
Adira Levine
Eitan Ezra (*Law Clerk, Bar Admission Pending*)

CC:  All counsel of record via ECF