# EXHIBIT C

```
ACTIVE CRIMINAL DOCKETS      DC(DIST. OF COLUMBIA) 05/01/92    *** GRID B04 ***
                                                                    PAGE 1
CR-86-00318-01    US-v-SENSI              CR-86-00318-01
                  as of 09/06/91 at 11:26 PM

Judge: JUDGE REVERCOMB                    Case Filed: 09/18/86
Defendant:
D1   SENSI, ROBERT MARIO                  Birthdate: 11/22/50

Dft ID: -2202

Defendant terminated: 07/01/88

Terminated counts:                        Disposition
  Larceny and Theft:                        Jury verdict-not guilty
    Transportation stolen                     03/21/88 (Counts 7,9,11,13,
    property Sale or Receipt                  15). 03/21/88
    of Stolen Securities., 18
    USC 2315 (7), Larceny and
    Theft: Transportation
    stolen property Sale or
    Receipt of Stolen
    Securities., 18 USC 2315
    (9), Larceny and Theft:
    Transportation stolen
    property Sale or Receipt
    of Stolen Securities., 18
    USC 2315 (11), Larceny and
    Theft: Transportation
    stolen property Sale or
    Receipt of Stolen
    Securities., 18 USC 2315
    (13), Larceny and Theft:
    Transportation stolen
    property Sale or Receipt
    of Stolen Securities., 18
    USC 2315 (15)
  Fraud: Postal, interstate               (Counts 1-6,8,10,12,14,16-26)
    wire, radio, etc.                     Three (3) years, deft. to
    Principals Mail  Fraud.,              serve six (6) months on
    18 USC 1341 (1-6), Larceny            each counts. Balance to be
    and Theft: Other, felony              suspended upon expiration
    First Degree Theft, 22 DCC            of the six (6) months, and
    3811,3812(a) (8), Larceny             deft. will be placed on
    and Theft: Other, felony              probation for Five (5)
    First Degree Theft, 22 DCC            years with conditions.
    3811,3812(a) (10), Larceny            Term of sentence to run
    and Theft: Other, felony              concurrently by the counts.
```

```
ACTIVE CRIMINAL DOCKETS      DC(DIST. OF COLUMBIA) 05/01/92   *** GRID C04 ***
                                                                    PAGE 2
CR-86-00318-01    US-V-SENSI                    CR-86-00318-01
                  as of 09/06/91 at 11:26 PM

First Degree Theft, 22 DCC          The total amount of
3811,3812(a) (12), Larceny          special assessment to be
and theft: Other, felony            paid is $750.00. Deft. to
First Degree Theft, 22 DCC          voluntarily surrender.
3811,3812(a) (14), Wire             Deft. per recog. (Rep: E.
interception Principals.            Olsen) (07/01/88)
Interstate Transportation
of Stolen Property., 18
USC 2,2314 (16-26)

Offense Level (disposition): FEL

Total Jail: 6 Mo  Total Probation: 60 Mo

Defense Counsel:
LUMBARD, THOMAS
10 Logan Place
Morristown, NJ  07960
(201) 538-0110

MCGUAN, DANIEL J
14120 CRICKET LANE
SILVER SPRING, MD  20904
236-5272

HIRSCHFELD, RICHARD
2200 Rocky Run
Charlottesville,, VA  22901
977-2045

SALTZBURG, STEPHEN A
UNIVERSITY OF VIRGINIA LAW SCHOOL
CHARLOTTESVILLE, VA  22901
(804) 924-3520

MCGUAN, DANIEL J
14120 CRICKET LANE
SILVER SPRING, MD  20904
236-5272

U S Attorneys:
SHMANDA, THEODORE A
(202) 272-9078
```

```
ACTIVE CRIMINAL DOCKETS      DC(DIST. OF COLUMBIA) 05/01/92    *** GRID D04 ***
                                                                    PAGE 3
CR-86-00318-01                              CR-86-00318-01
US-V-SENSI                    PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| 09/18/86 | Filed indictment (Grand Jury Original) (Dkt'd 09/23/86). Case assigned to JUDGE SMITH (Dkt'd 09/23/86). - Catagory D (Dkt'd 09/23/86). |
| 09/22/86 | Order case reassigned to JUDGE REVERCOMB (from Judge Smith to Judge Revercomb by direction of the Calendar Committee.) (JUDGE JOYCE HENS GREEN) (Dkt'd 10/02/86). |
| 10/02/86 | Arraignment and plea set for 11/03/86 @ 9:45 AM (Counts 1-26) (Case called for arraignment. Deft. not present (deft. is being held in London, England). (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 10/21/86). Filed affidavit (Copy of affidavit of Robert Simon Roscoe. "Let this be filed") (JUDGE REVERCOMB) (Dkt'd 10/21/86). |
| 10/06/86 | Appearance of attorney LEONARD, JERRIS (as counsel for deft.) (Dkt'd 10/24/86). |
| 10/09/86 | US Attorney SHMANDA, THEODORE A added to case (Dkt'd 10/29/86). |
| 10/16/86 | Order appointing attorney LUMBARD, THOMAS to represent defendant (signed 10/16/86, NPT 9/18/86) (MAGISTRATE BURNETT) (Dkt'd 11/06/86). |
| 11/03/86 | Status hearing held (Dkt'd 11/12/86). Status hearing set for 12/08/86 @ 9:30 /M (Deft. incarcerated in London, England. Deft. fugitive. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 11/12/86). Appearance of attorney MCGUAN, DANIEL J (as counsel for deft.) (Dkt'd 11/12/86). |
| 12/08/86 | Status hearing held (Defendant to be brought from London.) (Dkt'd 12/20/86). Arraignment and plea reset to 12/18/86 @ 9:45 AM (Counts 1-26) (before Judge Revercomb. Defendant fugitive. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 12/20/86). Filed affidavit (Copy of affidavit of Robert Simon Rascal.) (Dkt'd 12/20/86). |
| 12/22/86 | Arraignment held (Counts 1-26) (Dkt'd 01/02/87). Defendant's first appearance (Dkt'd 01/02/87). Defendant appears with counsel (Dkt'd 01/02/87). Defendant enters plea of not guilty (Counts 1-26) (Dkt'd 01/02/87). Status hearing set for 02/12/87 @ 9:45 AM (and motions hearing. Deft. given until 1/23/87 to file motions. Govt. to respond within 15 days. Per. recog. granted with 3rd party custody. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd |

```
ACTIVE CRIMINAL DOCKETS        DC(DIST. OF COLUMBIA) 05/01/92    *** GRID E04 ***
                                                                        PAGE 4
CR-86-00318-01                                CR-86-00318-01
US-V-SENSI                          PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| | 01/02/87). Order filed (directing deft. to appear for booking, fingerprinting and photographing. (N)) (JUDGE REVERCOMB) (Dkt'd 01/02/87). Order defendant released on personal recognizance with conditions (JUDGE REVERCOMB) (Dkt'd 01/02/87). |
| 01/20/87 | Motion for continuance filed (MOT#1) (by deft. to continue status and enlarge the time for filing of motions.) (Dkt'd 01/30/87). |
| 01/22/87 | Order filed (granting motion of deft. for enlargement of time for filing motion and a continuance of status. Deft. given until 2/9/87 to file motions. Govt. given until 2/19/87 to respond. Status hearing previously set for 2/12/87 is vacated and rescheduled for 3/2/87 at 10:00 AM. (N)) (JUDGE REVERCOMB) (Dkt'd 01/30/87). Motion for continuance granted (MOT#1) (for continuance and for enlargement of time for filing of motions.) (JUDGE REVERCOMB) (Dkt'd 01/30/87). Status hearing reset to 03/02/87 @ 10:00 AM (before Judge Revercomb) (Dkt'd 01/30/87). |
| 02/06/87 | Motion for extension of time to file pre-trial motions filed (MOT#4) (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26) (Attachments 1 and 2.) (Dkt'd 02/12/87). Mark the beginning of a potential excludable period of type X-E starting on 02/06/87 ((In re MOTFXT on 2/6/87)) (Dkt'd 02/12/87). Appearance of attorney HIRSCHFELD, RICHARD (Dkt'd 02/12/87). |
| 02/09/87 | Order filed (Granting motion of deft. for enlargement of time until 3/2/87 to file motions. Government given until 3/9/87 to respond to deft.'s motion. Setting status hearing and arguement on 3/19/87 @ 9:45 am (N).) (JUDGE REVERCOMB) (Dkt'd 02/18/87). Motion for extension of time to file pre-trial motions granted (MOT#4) (JUDGE REVERCOMB) (Dkt'd 02/13/87). Hearing set to 03/19/87 @ 9:45 AM (Setting status hearing and arguement.(N)) (Dkt'd 02/13/87). Excludable delay due to hearings on Pretrial Motions began on 02/09/87 and ended on 02/13/87 (Dkt'd 02/13/87). |
| 02/12/87 | Motion to modify conditions of release filed (MOT#5) (by deft. to modify conditions of release for a specified purpose.) (Dkt'd 03/01/87). |
| 02/13/87 | Order filed (granting motion of deft. to modify conditions |

```
ACTIVE CRIMINAL DOCKETS        DC(DIST. OF COLUMBIA) 05/01/92      *** GRID F04 ***
                                                                         PAGE 5
CR-86-00318-01                                      CR-86-00318-01

US-V-SENSI               PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| | of release. deft. authorized to travel from D.C. to Charlottesville, Virginia on 2/15/87 and return to D.C. on 2/16/87. (N)) (JUDGE REVERCOMB) (Dkt'd 03/01/87). Motion to modify conditions of release granted (MOT#5) (JUDGE REVERCOMB) (Dkt'd 03/01/87). |
| 03/02/87 | Motion to dismiss filed (MOT#6) (Counts 1-6,7,8,9,10,11,12, 13,14,15,16-26) (by deft. to dismiss the indictment on speedy trial and due process grounds. Memorandum in support.) (Dkt'd 03/16/87). Mark the beginning of a potential excludable period of type X-E starting on 03/02/87 ((In re MOTFDC on 3/2/87)) (Dkt'd 03/16/87). Motion filed (MOT#7) (by deft. to bar prosecution on all counts of the indictment. Memo in support. Appendix A,B,C.) (Dkt'd 03/16/87). |
| 03/04/87 | Motion by government filed (MOT#8) (Govts request for enlargement of time in which to respond to the defts pretrial motions.) (Dkt'd 03/16/87). |
| 03/12/87 | Motion by government filed (MOT#9) (Govts request for additional time to respond to defts pretrial motions.) (Dkt'd 03/28/87). |
| 03/19/87 | Status hearing held (Govt. given until 3/27/87 to respond to motions of deft.) (Dkt'd 03/31/87). Status hearing set for 04/14/87 @ 11:00 AM (Motions hearing. Deft. per. recog. (Rep: E. Olsen)) (JUDGE REVERCOMB) (Dkt'd 03/31/87). |
| 03/27/87 | Memorandum in opposition to motion to dismiss (MOT#6) (Government's opposition to defendant's motion to dismiss the indictment on speedy trial and due process grounds. Exhibit 1.) (Dkt'd 04/17/87). Memorandum in opposition to motion (MOT#7) (Government's opposition to defendant's motion to bar prosecution on all counts of the indictment. Index, Exhibits 1-3) (Dkt'd 04/17/87). |
| 04/14/87 | Status hearing held (motions hearing.) (Dkt'd 05/12/87). Motion to dismiss, argued, and taken under advisement (MOT#'s 6, 7) (Motion of deft. to dismiss indictment on Speedy Trial and due process grounds and motion of deft. to bar prosecution on all counts of the indictment argued and taken under advisement.) (JUDGE REVERCOMB) (Dkt'd 05/12/87). Mark the beginning of a potential excludable period of type X-G starting on 04/14/87 ((In re MOTADVMM on 4/14/87)) |

PROCEEDINGS

(Dkt'd 05/12/87).
Excludable delay due to hearings on Pretrial Motions began on 03/02/87 and ended on 04/14/87 (Dkt'd 05/12/87). Status hearing set for 04/30/87 @ 9:00 AM (deft. per. recog. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 05/12/87).
Filed affidavit (Original affidavit of Clive Victor Nicholls of Queen Elizabeth Bldg., Temples London.) (Dkt'd 05/12/87).
Filed affidavit (Original Affidavit of Helen mary Garlick.) (Dkt'd 05/12/87).
Memorandum in support of motion (MOT#7) (Defts reply in support of motion to bar prosecution on all counts of the indictment. Exhibits A-F.) (Dkt'd 05/12/87).
Memorandum in support of motion to dismiss (MOT#6) (defts reply in support of motion to dismiss on speedy trial and due process grounds.) (Dkt'd 05/12/87).

04/17/87  Notice filed (Notice of filing by deft. to enter corrected pages 9 and 10 of defts Memo in support of motion to dismiss filed 3/2/87.) (Dkt'd 05/14/87).

04/30/87  Status hearing held (Dkt'd 05/20/87).
Motion to dismiss denied (MOT#6) (Motion of deft to dismiss indictment on Speedy Trial and Due Process Grounds denied.) (JUDGE REVERCOMB) (Dkt'd 05/20/87).
Motion denied (MOT#7) (Motion of deft. to Bar Prosecution on all Counts of Indictment, denied.) (JUDGE REVERCOMB) (Dkt'd 05/20/87).
Status hearing set for 05/07/87 @ 11:00 AM (Deft, Personal Recog. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 05/20/87).
Excludable delay while defendant motion under advisement, began on 04/14/87 and ended on 04/30/87 (Dkt'd 05/21/87).

05/01/87  Order filed (MEMORANDUM OPINION AND ORDER denying motion of deft. to dismiss. Denying motion of deft. to dismiss the indictment on speedy trial and due process grounds. Denying motion of deft. to bar prosecution on all counts. (N)) (JUDGE REVERCOMB) (Dkt'd 05/20/87).

05/04/87  Order filed (Amending last sentence of page #2 of Memorandum Opinjuon and order of 5/1/87. (N)) (JUDGE REVERCOMB) (Dkt'd 05/21/87).

05/07/87  Status hearing held (Dkt'd 05/28/87).
Trial date set for 08/17/87 @ 10:00 AM (Counts 1-6,7,8,9,10, 11,12,13,14,15,16-26) (Deft. agrees to continuance of trial date. The Court finds that it is in the interest of justice to continue trial. Time excluded from 5/7/87 to

```
ACTIVE CRIMINAL DOCKETS    DC(DIST. OF COLUMBIA) 05/01/92    *** GRID H04 ***
                                                              PAGE 7
CR-86-00318-01                               CR-86-00318-01

US-V-SENSI                PROCEEDINGS
```

8/17/87. Deft. continued on per. recog. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 05/28/87). Excludable delay based on finding the ends of justice served by continuance began on 05/07/87 and ended on 08/17/87 (Dkt'd 05/28/87).

**08/14/87** Motion for continuance filed (MOT#10) (Joint motion to continue trial date.) (Dkt'd 08/18/87).

**08/17/87** Status hearing held (Dkt'd 08/18/87).
Motion for continuance granted (MOT#10) (of joint motion of parties to continue trial.) (JUDGE REVERCOMB) (Dkt'd 08/18/87).
Trial date reset to 09/23/87 @ 11:00 AM (Counts 1-6,7,8,9, 10,11,12,13,14,15,16-26) (Deft. agrees to the continuance of trial date. The Court finds that it is in the interest of justice to continue trial. Deft. per. recog. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 08/18/87).
Excludable delay based on finding the ends of justice served by continuance began on 08/17/87 and ended on 09/23/87 (Dkt'd 08/18/87).
- Motion for continuance of trial granted. New trial date set for 9/23/87 at 11:00 AM. Signed 8/17/87. (JUDGE REVERCOMB) (Dkt'd 08/18/87).

**09/23/87** Status hearing held (Case scheduled for trial. Court finds that it is in the interest of justice to continue trial date and grant motion of deft. for a continuance of trial which will be set sometime after 11/4/87.) (Dkt'd 09/30/87).
Mark the beginning of a potential excludable period of type X-T1 starting on 09/23/87 ((In re STATHRGH on 9/23/87)) (Dkt'd 09/30/87).
Status hearing set for 11/04/87 @ 9:45 AM (for purpose of setting a new trial date. Deft. per. recog. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 09/30/87).

**10/06/87** Motion filed (MOT#11) (by Kuwait Airways Corporation, to allow non-party litigants to examine documents obtained in the course of a Grand Jury Criminal Investigation. Memorandum of P&A's.) (Dkt'd 10/19/87).

**10/08/87** Status hearing held (Motion of non-party litigants to examine documents obtained in the course of a Grand Jury Criminal Investigation argued and taken under advisement. Deft. per. recog.  (Rep: N. Sokal)) (JUDGE REVERCOMB) (Dkt'd 10/20/87).
Motion taken under advisement (MOT#11) (of non-party litigants to examine documents obtained in the course of a

| Date | Proceedings |
|---|---|
| | Grand Jury Criminal Investigation) (JUDGE REVERCOMB) (Dkt'd 10/20/87). |
| | Mark the beginning of a potential excludable period of type X-G starting on 10/08/87 ((In re MOTADVOD#11 on 10/8/87)) (Dkt'd 10/20/87). |
| 10/09/87 | Order filed (denying motion of Kuwait Airways Corporation to allow non-party litigants to examine documents obtained in the course of a Grand Jury Criminal Investigation. (N)) (JUDGE REVERCOMB) (Dkt'd 10/20/87). |
| | Motion denied (MOT#11) (to allow non-party litigants to examine documents obtained in the course of a Grand Jury Criminal Investigation) (JUDGE REVERCOMB) (Dkt'd 10/20/87). |
| | Excludable delay while defendant motion under advisement began on 10/08/87 and ended on 10/09/87 (Dkt'd 10/20/87). |
| 11/03/87 | Motion for appointment of counsel filed (MOT#12) (by deft. for appointment of Daniel J. McGuan.) (Dkt'd 11/06/87). |
| | Mark the beginning of a potential excludable period of type X-E starting on 11/03/87 ((In re MOTFAC #12 on 11/3/87)) (Dkt'd 11/06/87). |
| 11/04/87 | Status hearing held (Dkt'd 11/09/87). |
| | Motion made in open court for continuance (MOT#13) (of deft. to waive provisions of speedy trial act and set trial for a time beyond the limit in the act.) (Dkt'd 11/09/87). |
| | Motion for continuance granted (MOT#13) (of deft. to waive provisions of speedy trial act and set trial for a time beyond the limit in the act, and Govt. having no objection, defts oral motion is granted. The Court finds that it is in the interest of justice to continue the trial.) (JUDGE REVERCOMB) (Dkt'd 11/09/87). |
| | Mark the beginning of a potential excludable period of type X-T1 starting on 11/04/87 and not to extend beyond 01/04/88 ((In re MOTGRCO on 11/4/87) (Dkt'd 11/09/87). |
| | Trial date reset to 01/04/88 @ 10:00 AM (Counts 1-6,7,8,9, 10,11,12,13,14,15,16-26) (deft. per rec09). (Rep: I. Van Bramer)) (JUDGE REVERCOMB) (Dkt'd 11/09/87). |
| 11/06/87 | Motion for appointment of counsel granted (MOT#12) (of deft. for appointment of Daniel J. McGuan) (JUDGE REVERCOMB) (Dkt'd 11/16/87). |
| | Order filed (granting petition of deft. for appointment of counsel pursuant to the provisions of 18 USC 3001. Appointing Daniel J. McGuan, Esquire as counsel for deft. pursuant to 18 USC 3001; appointment shall be effective as of October 1, 1987. (N)) (JUDGE REVERCOMB) (Dkt'd 11/16/87). |

| Date | Proceedings |
|---|---|
| 12/08/87 | Appearance of attorney MCGUAN, DANIEL J (Pursuant to order dated 11/6/87) (JUDGE REVERCOMB) (Dkt'd 11/16/87). |
| | Motion to withdraw as attorney filed (MOT#14) (by Jerris Leonard, Esq., counsel for the deft., affidavit.) (Dkt'd 12/14/87). |
| | Mark the beginning of a potential excludable period of type X-E starting on 12/08/87 ((In re MOTFWA #14 on 12/8/87)) (Dkt'd 12/14/87). |
| | Motion to withdraw as attorney filed (MOT#15) (by Daniel J. McGuan, Esq., as counsel for deft., Exhibit A, Affidavit.) (Dkt'd 12/14/87). |
| | Mark the beginning of a potential excludable period of type X-E starting on 12/08/87 ((In re MOTFWA #15 on 12/8/87)) (Dkt'd 12/14/87). |
| 12/10/87 | Status hearing held (Motion of Daniel J. McGuan, deferred until next status hearing.) (Dkt'd 12/16/87). |
| | Motion to withdraw as attorney granted (MOT#14) (of Jerris Leonard to withdraw as counsel.) (JUDGE REVERCOMB) (Dkt'd 12/16/87). |
| | Attorney LEONARD, JERRIS deleted from case (Dkt'd 12/16/87). |
| | Excludable delay due to hearings on Pretrial Motions began on 12/08/87 and ended on 12/10/87 (Dkt'd 12/16/87). |
| | Status hearing set for 12/17/87 @ 2:00 PM (Deft. per. recog. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 12/16/87). |
| 12/17/87 | Status hearing held (Appearance of Stephen A. Saltzburg as counsel for deft.) (Dkt'd 12/21/87). |
| | Motion made in open court for continuance (MOT#16) (of new counsel for deft. to continue trial date.) (Dkt'd 12/21/87). |
| | Motion for continuance granted (MOT#16) (of new counsel to continue trial date to allow time to prepare for trial.) (JUDGE REVERCOMB) (Dkt'd 12/21/87). |
| | Mark the beginning of a potential excludable period of type X-T1 starting on 01/04/88 and not to extend beyond 03/10/88 ((In re MOTGRCO on 12/17/87)) (Dkt'd 12/21/87). |
| | Status hearing set for 01/29/88 @ 11:00 AM (before Judge Revercomb. Motion of Court appointed counsel Daniel J. McGuan to withdraw held in abeyance until a local counsel enters an appearance. Defts new counsel granted leave to file a motion for reconsideration of Court's prior ruling, and said motion to state additional authorities.) (Dkt'd 12/21/87). |
| | Trial date reset to 03/10/88 @ 10:00 AM (Counts 1-6,7,8,9, 10,11,12,13,14,15,16-26) (Deft. per. recog. (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 12/21/87). |