# EXHIBIT C

```
ACTIVE CRIMINAL DOCKETS      DC(DIST. OF COLUMBIA) 05/01/92   *** GRID K04 ***
                                                                   PAGE 10
CR-86-00318-01    US-V-SENSI              CR-86-00318-01

                            PROCEEDINGS

            Appearance of attorney SALTZBURG, STEPHEN A (Dkt'd
            12/21/87).

12/21/87    Filed CJA Form #24 copy #3 Authorization & Voucher for
            Payment of Transcript (Needed for trial.  Testimony of
            10/19/87 before Judge Gasch.  (Rep: Mindi L. Colchico)
            Signed 12/18/87.) (JUDGE REVERCOMB) (Dkt'd 12/22/87).
            Filed CJA Form #24 copy #3 Authorization & Voucher for
            Payment of Transcript (Needed for trial.  Testimony of
            10/20/87 and 10/21/87 before Judge Gasch.  (Rep: Israel Van
            Bramer)  Signed 12/18/87.) (JUDGE REVERCOMB) (Dkt'd
            12/22/87).
            Motion to travel outside jurisdiction filed  (MOT#17) (by
            deft.) (Dkt'd 12/23/87).
            Mark the beginning of a potential excludable period of type
            X-E starting on 12/21/87 ((in re MOTFLJ #17 on 12/21/87))
            (Dkt'd 12/23/87).

01/05/88    Motion to travel outside jurisdiction granted  (MOT#17)
            (motion of deft; to travel granted on condition of U.S.
            Attorney be advised of each trip.  (Fiat) (N)) (JUDGE
            REVERCOMB) (Dkt'd 01/07/88).

01/22/88    Motion filed  (MOT#18) (by deft. for reconsideration of
            defts previous motion to bar prosecution on all counts of
            the indictment.  Memorandum of Law in support.) (Dkt'd
            01/29/88).
            Mark the beginning of a potential excludable period of type
            X-E starting on 01/22/88 ((in re MOTFOD#18 on 1/22/88))
            (Dkt'd 01/29/88).

01/29/88    Status hearing held (Govt. given until 2/12/88 to respond
            to defts motion for reconsideration.) (Dkt'd 02/03/88).
            Motion made in open court  (MOT#19) (of Daniel J. McGuan
            to withdraw his motion to withdraw as local counsel) (Dkt'd
            02/03/88).
            Motion granted  (MOT#19) (of Daniel J. McGuan to withdraw
            his motion to withdraw as local counsel.  Granted.  Trial
            to commence on 3/10/88 at 10:00 AM.  (Rep: Lorraine
            Strobel)) (JUDGE REVERCOMB) (Dkt'd 02/03/88).
            Motion to withdraw as attorney withdrawn  (MOT#15) (JUDGE
            REVERCOMB) (Dkt'd 02/03/88).
            Excludable delay due to hearings on Pretrial Motions began
            on 12/08/87 and ended on 01/29/88 (Dkt'd 02/03/88).
            Excludable delay based on finding the ends of justice
            served by continuance began on 09/23/87 and ended on
            01/04/88 (Dkt'd 02/03/88).
            Excludable delay due to hearings on Pretrial Motions began
            on 11/03/87 and ended on 11/06/87 (Dkt'd 02/03/88).
```

```
ACTIVE CRIMINAL DOCKETS    DC(DIST. OF COLUMBIA) 05/01/92    *** GRID L04 ***
CR-86-00318-01                              CR-86-00318-01                PAGE 11
                 US-V-SENSI              PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| | Excludable delay based on finding the ends of justice served by continuance, began on 11/04/87 and ended on 01/04/88 (Dkt'd 02/03/88). |
| | Excludable delay due to hearings on Pretrial Motions began on 12/21/87 and ended on 01/05/88 (Dkt'd 02/03/88). |
| 02/12/88 | Memorandum in opposition to motion (MOT#18) (Government's Opposition to deft's motion for Reconsideration of deft. Previous Motion to Bar Prosecution on All Counts of the Indictment. Appendix A & B.) (Dkt'd 02/17/88). |
| 02/17/88 | Order filed (denying motion of deft. for reconsideration of the Court's Memorandum Opinion and Order of 5/1/87, which denied deft's motion to dismiss all counts of the indictment.) (JUDGE REVERCOMB) (Dkt'd 02/18/88). |
| | Motion denied (MOT#18) (of deft. for reconsideration of defts previous motion to bar prosecution on all counts of the indictment.) (JUDGE REVERCOMB) (Dkt'd 02/18/88). |
| | Excludable delay due to hearings on Pretrial Motions began on 01/22/88 and ended on 02/17/88 (Dkt'd 02/18/88). |
| 02/25/88 | Order filed (directing that Counsel shall submit proposed voir dire questions, proposed standard instructions and requests for special instructions prior to the empaneling of the jury. (N)) (JUDGE REVERCOMB) (Dkt'd 02/26/88). |
| | Notice filed (by deft. of Possible Use of Classified Information.) (Dkt'd 02/26/88). |
| 02/26/88 | Status hearing held (Trial to commence on 3/10/88 @ 10:00 AM, Deft. Per. Recog.) (Rep: S. Popejoy)) (JUDGE REVERCOMB) (Dkt'd 03/01/88). |
| 03/04/88 | Defendant's requested voir dire (defts request for individual voir dire, oral or written, and for specific questions. Attachment.) (Dkt'd 03/09/88). |
| | Defts proposed stipulation regarding CIA Witnesses and Classified Material (Dkt'd 03/09/88). |
| 03/07/88 | Addendum to February 12, 1988 Govt's Opposition to defts motion for reconsideration of defts previous motion to bar prosecution on all counts of the indictment. Attachments. (Dkt'd 03/09/88). |
| | Government Witness List. (Dkt'd 03/09/88). |
| | Govt's Opposition to defts proposed voir dire written questionnaire and Govts suggested oral voir dire questions. (Dkt'd 03/09/88). |
| | Motion to quash filed (MOT#20) (by Govt. to quash subpoenas duces tecum and other subpoenas directed to CIA. Memorandum of P&A's.) (Dkt'd 03/09/88). |

```
ACTIVE CRIMINAL DOCKETS       DC(DIST. OF COLUMBIA) 05/01/92      *** GRID M04 ***
                                                                        PAGE 12
CR-86-00318-01                                              CR-86-00318-01

US-V-SENSI             PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| | Mark the beginning of a potential excludable period of type X-E starting on 03/07/88 ((In re MOTFQS on 3/7/88)) (Dkt'd 03/09/88). Government's requested voir dire (Dkt'd 03/09/88). |
| 03/08/88 | Order filed (for issuance of subpoena upon Herbert Rutherford (N)) (JUDGE REVERCOMB) (Dkt'd 03/10/88). Order filed (for issuance of subpoena upon William Wilson. (N)) (JUDGE REVERCOMB) (Dkt'd 03/10/88). |
| 03/10/88 | Status hearing held (Motion by Govt. to quash subpoenas duces tecum and other subpoenas directed to CIA, heard and subpoenas directed to CIA withdrawn by deft's counsel. Copies of subpoenas (6) placed under seal.) (Dkt'd 03/16/88). Motion to quash granted (MOT#20) (to quash subpoenas directed to CIA.) (JUDGE REVERCOMB) (Dkt'd 03/16/88). Voir dire begins-jury (Counts 1-6,7,8,9,10,11,12,13,14,15, 16-26) (Dkt'd 03/16/88). Excludable delay based on finding the ends of justice served by continuance began on 01/04/88 and ended on 03/10/88 (Dkt'd 03/16/88). Excludable delay due to hearings on Pretrial Motions began on 03/07/88 and ended on 03/10/88 (Dkt'd 03/16/88). Trial begins-jury (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26) (Jury and 2 alternates sworn.) (Dkt'd 03/16/88). Trial held-jury (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26) (Juror #6 excused. Alternate takes seat of #6.) (Dkt'd 03/16/88). Jury trial adjourned to 03/11/88 @ 9:30 AM (Counts 1-6,7,8, 9,10,11,12,13,14,15,16-26) (Respited. Deft. per. recog. (Reps: Am-E. Olsen and R. Weber. PM-G. Slodysko)) (JUDGE REVERCOMB) (Dkt'd 03/16/88). Motion made in open court to withdraw as attorney (MOT#21) (of Richard Hirschfeld to withdraw as counsel) (Dkt'd 03/16/88). Motion to withdraw as attorney granted (MOT#21) (of Richard Hirschfeld to withdraw as counsel, heard granted and So Ordered. (N) (Rep: E. Olsen)) (JUDGE REVERCOMB) (Dkt'd 03/16/88). |
| 03/11/88 | Trial held-jury (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26) (Trial resumed. Same jury and one (1) alternate juror.) (Dkt'd 03/16/88). Jury trial adjourned to 03/14/88 @ 9:30 AM (Counts 1-6,7,8, 9,10,11,12,13,14,15,16-26) (Respited. Deft. per. recog. (Rep: Mary Deutsch)) (JUDGE REVERCOMB) (Dkt'd 03/16/88). - Six (6) executed subpoenas received on 3/10/88 and placed under seal. (Dkt'd 03/16/88). |

```
ACTIVE CRIMINAL DOCKETS      DC(DIST. OF COLUMBIA) 05/01/92    *** GRID N04 ***
                                                                    PAGE 13
CR-86-00318-01                         CR-86-00318-01

US-V-SENSI            PROCEEDINGS

          Stipulation Filed (Joint Trial Stipulation One. (N)) (JUDGE
            REVERCOMB) (Dkt'd 03/16/88).
          Stipulation Filed (Joint Trial Stipulation Two (N)) (JUDGE
            REVERCOMB) (Dkt'd 03/16/88).

03/14/88  Trial held-jury (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26)
            (Trial resumed. Same jury and one (1) alternate. Juror #9
            ill. Alternate #1 takes seat #9.) (Dkt'd 03/17/88)
          Jury trial adjourned to 03/15/88 @ 10:00 AM (Counts 1-6,7,8,
            9,10,11,12,13,14,15,16-26) (Respited. Deft. per. recog.
            (Rep: Josephine Kiebler of Miller Reporting)) (JUDGE
            REVERCOMB) (Dkt'd 03/17/88).

03/15/88  Trial held-jury (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26)
            (Trial resumed. Same jury, no alternates.) (Dkt'd
            03/17/88).
          Jury trial adjourned to 03/16/88 @ 10:00 AM (Counts 1-6,7,8,
            9,10,11,12,13,14,15,16-26) (Respited. Deft. per. recog.
            (Rep: Lorraine Strobel, Miller Reporting)) (JUDGE
            REVERCOMB) (Dkt'd 03/17/88).

03/16/88  Motion filed (MOT#22) (by deft. to have Anita Track
            addressed as Anita during direct and cross examination.)
            (Dkt'd 03/21/88).
          Motion granted (MOT#22) (of deft. to have Anita Track
            addressed as Anita during direct and cross examination
            filed and granted to the extent she be referred to as Ms.
            Sensi during her testimony.) (JUDGE REVERCOMB) (Dkt'd
            03/21/88).
          Motion filed (MOT#23) (by deft. to exclude evidence of
            income taxes filed and reserved on by the Court.) (JUDGE
            REVERCOMB) (Dkt'd 03/21/88).
          Trial held-jury (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26)
            (Trial resumed. Same jury (no alternates)) (Dkt'd
            03/21/88).
          Jury trial adjourned to 03/17/88 @ 10:00 AM (Counts 1-6,7,8,
            9,10,11,12,13,14,15,16-26) (Respited. Deft. per. recog.
            (Rep: Josephine Kiebler, Miller Reporting)) (JUDGE
            REVERCOMB) (Dkt'd 03/21/88).

03/17/88  Trial held-jury (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26)
            (Trial resumed. Same jury (no alternates) (Dkt'd 03/22/88).
          Jury trial adjourned to 03/18/88 @ 9:45 AM (Counts 1-6,7,8,
            9,10,11,12,13,14,15,16-26) (Respited. Deft. per. recog.
            (Rep: H. Deutsch)) (JUDGE REVERCOMB) (Dkt'd 03/22/88).

03/18/88  Stipulation Filed (of parties that a valid verdict in this
            case may be returned by a jury of 11, the Court having
```

```
ACTIVE CRIMINAL DOCKETS      DC(DIST. OF COLUMBIA) 05/01/92      *** GRID 004 ***
CR-86-00318-01                                     CR-86-00318-01        PAGE 14

US-V-SENSI              PROCEEDINGS
```

|  |  |
|---|---|
|  | found it necessary to excuse one juror for cause. Approved. (N)) (JUDGE REVERCOMB) (Dkt'd 03/22/88). Trial held-jury (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26) (Trial resumed. Same jury (no alternates). Juror #7 ill and excused. Parties stipulated to proceed with 11 jurors. Jury begins deliberations.) (Dkt'd 03/22/88). Jury trial adjourned to 03/21/88 @ 9:30 AM (Counts 1-6,7,8, 9,10,11,12,13,14,15,16-26) (Respited from further deliberations. Deft. per recog. (Rep: G. Sidysko)) (JUDGE REVERCOMB) (Dkt'd 03/22/88). |
| 03/21/88 | Trial held-jury (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26) (Jury resumes deliberations.) (Dkt'd 03/22/88). Trial ends-jury (Counts 1-6,7,8,9,10,11,12,13,14,15,16-26) (Dkt'd 03/22/88). Jury verdict of not guilty (Counts 7,9,11,13,15) (Dkt'd 03/22/88). Jury verdict of guilty (Counts 1-6,8,10,12,14,16-26) (Jury polled and discharged.) (Dkt'd 03/22/88). Order cause referred to the probation department for a pre-sentence investigation (Counts 1-6,8,10,12,14,16-26) (JUDGE REVERCOMB) (Dkt'd 03/22/88). Sentencing set for 05/27/88 @ 9:30 AM (Counts 1-6,8,10,12, 14,16-26) (Deft. given to 4/8/88 to file post verdict motions. Govt. given until 4/22/88 for response. Deft. per recog. (Rep: L. Beasley)) (JUDGE REVERCOMB) (Dkt'd 03/22/88). - Notes (3) from jury (Dkt'd 03/22/88). - Verdict Form (Dkt'd 03/22/88). |
| 04/06/88 | Motion for new trial filed (MOT#24) (Counts 1-6,8,10,12,14, 16-26) (by deft. for a new trial. Memorandum of Law in support of motion.) (Dkt'd 04/07/88). Motion for judgment of acquittal filed. (MOT#25) (Counts 1-6,8,10,12,14,16-26) (of deft. for judgment of acquittal. Memorandum of Law in support.) (Dkt'd 04/07/88). Motion filed (MOT#26) (by deft. for arrest of judgment.) (Dkt'd 04/07/88). |
| 04/08/88 | Filed transcript of proceedings for 03/10/88 (Pages 1-35). (Rep: R. Weber)) (Dkt'd 04/11/88). |
| 04/15/88 | Filed transcript of proceedings for 03/10/88 (SEALED. Room 1800. (Rep: E. Olsen)) (Dkt'd 04/15/88). - Reporters notes of 3/10/88, Sealed, Room 1800. (Rep: E. Olsen) (Dkt'd 04/15/88). |
| 04/18/88 | Memorandum in opposition to motion for judgment of acquittal, for new trial, and (MOT#'s 24,25,26) |

| Date | Proceedings |
|---|---|
| | (Government's Combined opposition to defts motions for judgment of acquittal under Rule 29(c), for new trial under Rule 33, and for arrest of judgment under Rule 34 of the Federal Rules of Criminal Procedure.) (Dkt'd 04/19/88). |
| 04/19/88 | Filed transcript of proceedings for 03/10/88 (Volume I, Pages 1-72. (* Pages 4 - 22 under seal)) (Dkt'd 04/19/88. |
| 04/22/88 | - Errata by Govt. requesting that the reference on p.13, line 3 of the previously filed Combined Opposition to Rule 15(a) and (c) of the Federal Rules of Evidence be changed to read of the Federal Rules of Criminal Procedure. (Dkt'd 04/26/88). |
| 04/28/88 | Filed transcript of proceedings for 03/18/88 (Volume 7-B. Pages 1-92. (Rep: G. Slodysko)) (Dkt'd 05/02/88). Filed transcript of proceedings for 03/10/88 (Volume 1-B. Pages 1-40. (Rep: G. Slodysko) (Dkt'd 05/02/88). Filed transcript of proceedings for 03/10/88 (Volume 1-C. Pages 1-99. (Rep: G. Slodysko)) (Dkt'd 05/02/88). |
| 05/06/88 | Order filed (denying defts motion for a new trial and defts motion for arrest of judgment. (N.) (JUDGE REVERCOMB) (Dkt'd 05/11/88). Motion for new trial, and denied (MOT#'s 24,26) (of deft. for a new trial and for arrest of judgment.) (JUDGE REVERCOMB) (Dkt'd 05/11/88). |
| 05/16/88 | Motion for judgment of acquittal filed (MOT#27) (Counts 1-6,8,10,12,14,16-26) (Motion by deft. for reconsideration of defts' motions for judgment of acquittal and for new trial. Memorandum in support of reconsideration of defts post-trial motions. Affidavit of Stephen A. Saltzburg regarding efforts to produce the testimony of witnesses. Affidavit of Richard Hirschfeld.) (Dkt'd 05/18/88). Motion to dismiss filed (MOT#28) (Counts 1-6,8,10,12,14,16-26) (Deft's Renewal of motions to dismiss the indictment on speedy trial and due process grounds.) (Dkt'd 05/18/88). Motion for new trial filed (MOT#29) (Counts 1-6,8,10,12,14, 16-26) (by deft for a new trial based on newly discovered evidence. Memorandum in support. Affidavit if Inder Sethi.) (Dkt'd 05/18/88). Motion filed (MOT#30) (by deft. for request for Brady Material. Affidavit of Stephen A. Saltzburg Regarding Request for Brady Material.) (Dkt'd 05/18/88). |
| 05/17/88 | - Government's Sentencing Memorandum. (Dkt'd 05/23/88). |
| 05/25/88 | Memorandum in opposition to motion to dismiss, for judgment |

```
ACTIVE CRIMINAL DOCKETS    DC(DIST. OF COLUMBIA) 05/01/92    **** GRID B05 ****
CR-86-00318-01                                               CR-86-00318-01    PAGE 16
US-V-SENSI                          PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| | of acquittal, for new trial, and (MOT#'s 27,28,29,30) (Government's Second Combined Opposition to defts Second-Round of Post-Verdict Motions. Affidavit of Thomas J. Whalen.) (Dkt'd 05/31/88). |
| 05/27/88 | Status hearing held (Sentence converted into a status hearing.) (Dkt'd 06/02/88). Status hearing set for 06/01/88 @ 10:00 AM (Deft. per. recog. (Rep: R. Weber)) (JUDGE REVERCOMB) (Dkt'd 06/02/88). - Letter dated 5/24/88 to AUSA Shmanda from Thomas J. Benjamin. (Dkt'd 06/02/88). Order filed (directing that a subpoena be served upon Mr. Inder Sethi forthwith. (N)) (JUDGE REVERCOMB) (Dkt'd 06/02/88). |
| 06/01/88 | Order filed (scheduling a hearing in this matter for 6/16/88 at 10:00 AM. (N)) (JUDGE REVERCOMB) (Dkt'd 06/03/88). Status hearing reset to 06/16/88 @ 10:00 AM (before Judge Revercomb) (Dkt'd 06/03/88). |
| 06/09/88 | Memorandum in opposition to motion to dismiss, for judgment of acquittal, and for new trial. (MOT#'s 25,27,28,29) (Govts supplement to second combined opposition to defts second round of post verdict motions.) (Dkt'd 06/10/88). |
| 06/16/88 | Sentencing continued to 07/01/88 @ 10:00 AM (Counts 1-6,8, 10,12,14,16-26) (Sentenc continued. Appearance of Stephen A. Saltzburg is withdrawn on oral motion of Attorney Daniel McGuan. Motion of deft. for a new trial held in abeyance. (Rep: I. Van Bramer)) (JUDGE REVERCOMB) (Dkt'd 06/17/88). |
| 07/01/88 | Filed transcript of proceedings for 03/17/88 (Pages 1-128. (Rep: H. Deutsch)) (Dkt'd 07/05/88). Filed transcript of proceedings for 03/11/88 (Pages 1-124. (Rep: H. Deutsch)) (Dkt'd 07/05/88). Order filed (denying motion of deft. for a new trial based on newly discovered evidence. (N)) (JUDGE REVERCOMB) (Dkt'd 07/05/88). Motion for new trial denied (MOT#29) (JUDGE REVERCOMB) (Dkt'd 07/05/88). Sentencing of defendant (Counts 1-6,8,10,12,14,16-26) (Three (3) years, deft. to serve Six (6) months on each counts. Balance to be suspended upon expiration of the six (6) months, and deft. will be placed on probation for Five (5) years with conditions. Term of sentence to run concurrently by the counts. The total amount of special assessment to be paid is $750.00. Deft. to voluntarily |

```
ACTIVE CRIMINAL DOCKETS      DC(DIST. OF COLUMBIA) 05/01/92    *** GRID C05 ***
                                                                    PAGE 17
CR-86-00318-01               CR-86-00318-01

US-V-SENSI              PROCEEDINGS
```

|  |  |
|---|---|
|  | surrender. Deft. per recog. (Rep: E. Olsen)) (JUDGE REVERCOMB) (Dkt'd 07/05/88). |
|  | - Court quashes subpoena issued upon Mr. Sehti. (JUDGE REVERCOMB) (Dkt'd 07/05/88). |
|  | Notice filed (Receipt and acknowledgement of presentence investigation report. #1. (N)) (Dkt'd 07/05/88). |
|  | Notice filed (Receipt and acknowledgement of presentence investigation report. #2. (N)) (Dkt'd 07/05/88). |
|  | Issued judgment and commitment to U.S. Marshal (Counts 1-6, 8,10,12,14,16-26) (JUDGE REVERCOMB) (Dkt'd 07/05/88). |
| 07/08/88 | Order appointing attorney MCGUAN, DANIEL J to represent defendant (Signed 7/8/88 NPT 10/1/87. (#0118328)) (JUDGE REVERCOMB) (Dkt'd 07/12/88). |
| 07/11/88 | Filed notice of appeal (Counts 1-6,8,10,12,14,16-26) (APPL#1) (from sentence imposed on 7/1/88. (CJA, no fee)) (Dkt'd 07/13/88). |
| 07/14/88 | Notice of appeal and docket entries transmitted to USCA (APPL#1) (and to the U.S. Attorney.) (Dkt'd 07/18/88). Order filed (Amended Order amending Order of 7/1/88 and denying motion of deft. for new trial based on newly discovered evidence. (N)) (JUDGE REVERCOMB) (Dkt'd 07/18/88). |
| 07/21/88 | Order filed (directing deft. to surrender himself to the Attorney General by reporting to FCI, Loretto, Pennsylvania by 2:00 PM on 7/29/88. (N)) (JUDGE REVERCOMB) (Dkt'd 07/28/88). Motion to appeal in forma pauperis filed (MOT#31) (Counts 1-6,8,10,12,14,16-26) (by deft. for leave to proceed on appeal in forma pauperis.) (Dkt'd 07/28/88). |
| 07/22/88 | - Approval of Excess Compensation Under the Criminal Justice Act in the amount of $9,500.00 to Attorney Daniel McGuan, #0118328. Signed by Judge Revercomb and approved by C.J. Wald, USCA. (Dkt'd 07/29/88). Order filed (granting applicant to proceed without prepayment of cost or fees or the necessity of giving security therefor.) (JUDGE REVERCOMB) (Dkt'd 08/18/88). |
| 07/25/88 | Filed CJA Form #24 copy #3 Authorization & Voucher for Payment of Transcript (Needed for appeal. Trial proceedings of 3/15/88. (Rep: L. Strobel)) (JUDGE REVERCOMB) (Dkt'd 07/29/88). Filed CJA Form #24 copy #3 Authorization & Voucher for Payment of Transcript (Needed for appeal. Trial proceedings of 3/15/88. (Rep: Joseph Riebler) and 3/16/88. |

```
ACTIVE CRIMINAL DOCKETS      DC(DIST. OF COLUMBIA) 05/01/92    *** GRID D05 ***
                                                                    PAGE 18
CR-86-00318-01                       CR-86-00318-01

US-V-SENSI           PROCEEDINGS

             ) (JUDGE REVERCOMB) (Dkt'd 07/29/88).
             Filed CJA Form #24 copy #3 Authorization & Voucher for
             Payment of Transcript (Needed for appeal. Proceedings of
             3/21/88, (Rep: Laura Beasley)) (JUDGE REVERCOMB) (Dkt'd
             07/29/88).
             Filed CJA Form #24 copy #3 Authorization & Voucher for
             Payment of Transcript (Needed for appeal. Proceedings of
             5/27/88, (Rep: R. Weber)) (JUDGE REVERCOMB) (Dkt'd
             07/29/88).

07/26/88     U.S. Court of Appeals docket number (USCA # 88-3100) (Dkt'd
             08/02/88).

08/10/88     Filed transcript of proceedings for 07/01/88 (Pages 1-17.
             (Rep: E. Olsen)) (Dkt'd 08/12/88).

08/15/88     Filed transcript of proceedings for 03/21/88 (Pages 1-22.
             (Rep: L. Beasley)) (Dkt'd 08/16/88).

08/16/88     Filed transcript of proceedings for 05/27/88 (pages 1-31.
             (Rep: Robert M. Weber)) (Dkt'd 08/17/88).
             Motion to appeal in forma pauperis granted. (MOT#31)
             (Granted on 7/22/88) (JUDGE REVERCOMB) (Dkt'd 08/18/88).

08/18/88     Certified and transmitted record on appeal to United States
             Court of Appeals. (APPL#1) (Two (2) Volumes of Original
             Record. Nine (9) reporters transcripts, 2 exhibit lists
             and 1 Accordian folder. (10 documents missing: see list)
             (#95)) (Dkt'd 08/18/88).

08/19/88     Filed transcript of proceedings for 03/15/88 (pages 1-154.
             (REP: Lorraine Strobel, Miller Reporting Company).) (Dkt'd
             08/23/88).
             Transmitted supplemental record on appeal (One (1)
             reporter's transcript. (#96)) (Dkt'd 08/23/88).

08/24/88     Transmitted supplemental record on appeal (One (1) volume
             of reporter's transcript. (#97)) (Dkt'd 08/29/88).

08/26/88     - (APPL#1) (Receipt acknowledgement from USCA dated
               8/25/88 for the record (#95) on appeal.) (Dkt'd 08/30/88).
             - (APPL#1) (Receipt acknowledged from USCA dated 8/25/88
               for the supplemental (#96) record on appeal.) (Dkt'd
               08/30/88).

08/31/88     Filed transcript of proceedings for 03/14/88 (Pages 1-157.
             (Rep: Josephine Keibler - Miller Reporting Co.)) (Dkt'd
             08/31/88).
             Filed transcript of proceedings for 03/16/88 (Pages 158-334,
```

| Date | Proceedings |
|---|---|
| | (Rep: Josephine Kiebler - Miller Reporting Co )) (Dkt'd 08/31/88). Transmitted supplemental record on appeal (Two (2) Volumes of Transcripts. (#99)) (Dkt'd 09/01/88). |
| 09/07/88 | - (APPL#1) (Receipt acknowledged from USCA dated 8/24/88 for the supplemental (#97) record on appeal.) (Dkt'd 09/09/88). |
| 09/14/88 | Order filed (Copy of Order from U.S.C.A.; filed 9/12/88, appointing Daniel J. McGuan, 14120 Cricket Lane, Silver Spring, MD 20904, Telephone: 236-5272, as counsel to represent appellant, and establishing filing schedule.) (Dkt'd 09/19/88). |
| 09/21/88 | - (APPL#1) (Receipt acknowledged by U.S.C.A. on 8/31/88 of supplemental record on appeal. (#99)) (Dkt'd 09/27/88). |
| 10/03/88 | - Request by Probation Officer for permission for probationer to travel to Curacao, Netherlands Antilles from Sept. 30, 1988 to Oct. 4, 1988. Granted. Signed 9/30/88. (JUDGE REVERCOMB) (Dkt'd 10/06/88). |
| 10/07/88 | Filed CJA Form #24 copy #3 Authorization & Voucher for Payment of Transcript (Needed for appeal. Trial proceedings of 3/14/88 and 3/16/88. (Rep: Miller Reporting Co.) Signed 10/6/88.) (JUDGE REVERCOMB) (Dkt'd 10/12/88). |
| 06/09/89 | - Request by probation officer for permission for deft. to travel outside U.S. for purposes of employment. Approved. Signed 6/2/89. (JUDGE REVERCOMB) (Dkt'd 06/16/89). |
| 12/21/89 | Filed true copy of U.S.C.A. order with opinion attached affirming the judgment of the District Court (Certified copy of Judgment from USCA dated 7/11/89 affirming the District Court. Opinion Attached.) (Dkt'd 01/24/90). |
| 08/08/90 | Record returned from United States Court of Appeals ((2) volumes of original record with (9) volumes of transcript under (2) separate covers, (1) exhibit and (2) exhibit lists. Supplemental Record (5) volumes of transcripts (4) covers. (USCA 88-3100)) (Dkt'd 08/08/90). |
| 08/23/91 | Filed probation form #12 (Request for Early Termination of Probation Prior to Original Expiration Date, filed by Probation Office.) (Dkt'd 09/05/91). Order filed (Report and Ordeer Terminating Probation Prior to Original Expiration Date. Signed 8/22/91.) (JUDGE |

```
ACTIVE CRIMINAL DOCKETS    DC(DIST. OF COLUMBIA) 05/01/92   *** GRID F05 ***
CR-86-00318-01                                                    PAGE 20
           US-V-SENSI                    CR-86-00318-01
                      PROCEEDINGS
           REVERCOMB) (Dkt'd 09/05/91).
..................................................
End of docket
```